UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TEL: (212)-805-0417
FAX: (212)-805-0426

February 20, 2020

By First Class Mail

Mr. Cruz Manuel Ramos
Register # 61613-054
Housing Unit: 5811
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

> Ramos v. United States of America
> Case No. 16 CV 4499/06 CR 172 (LTS) (S.D.N.Y.)

Dear Mr. Ramos:

I have received your letter dated February 10, 2020. Your petition for relief from your sentence is still under review. Your attorney will be provided with the Court's decision as soon as it is issued. Thank you for your patience and understanding.

Very truly yours,

Laura Taylor Swain

cc:

AUSA Daniel H. Wolf
Jonathan Andrew Marvinny (Counsel for Mr. Ramos)

02-10-2020   16CV.4499

RECEIVED FEB 14 2020 PRO SE OFFICE

RESPECTABLE,
YOUR HONOR, JUDGE Ms. LAURA TAYLOR SWAIN.

FIRST OF ALL, I do APOLOGY BECAUSE YOUR VERY BUSY AGENDA; BUT I APPRECIATE, TO PLEASE, GIVE ME A UPDATE ABOUT MY LAST MOTION STATUS, IF ANYTHING IS MISSING IN ORDER TO ME BE READY FOR MY RE-SENTENCE, AND ALSO NOTIFY MY LAWYER.

I'AM VERY ANXIOUS BUT HAPPY; IT'S BECAUSE I PERCEIVED IN OUR LAST CONTACT IN THIS MATTER, YOUR GREAT DISPOSITION TO DO JUSTICE IN MY INDIVIDUAL CASE.

THANKS IN ADVANCE, AND THANK YOU TO TAKE A MINUTE FROM YOUR TIME TO READ THIS HUMBLE LETTER.

GOD BLESS YOU, YOUR FAMILY & STAFF.

RESPECTFULLY,
   Cruz Manuel Ramos
   *Cruz Manuel Ramos*
Reg # 61613-054
FORT DIX, NEW YERSEY, (FCI)
P.O. BOX 2000
FORT DIX, NEW JERSEY 08640