UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

CRUZ MANUEL RAMOS

        Plaintiff/Petitioner,

  -v-                                      No.  06 CR 172-LTS
                                                  No.  16 CV 4499-LTS

UNITED STATES OF AMERICA,

        Defendant/Respondent.

--------------------------------------------------------x

ORDER

        The Court has been informed that the Petitioner will be unable to attend his resentencing proceeding currently scheduled for November 2, 2020, at 10:30 a.m. due to health-related issues.  Accordingly, the resentencing proceeding in the above-captioned case is adjourned to November 23, 2020, at 2:00 p.m.  Defense counsel is directed to file a status letter by November 16, 2020, updating the Court on the Petitioner's health, and whether the resentencing proceeding may be held as scheduled.  Defense counsel is also directed to inform the Court at that time as to whether the Petitioner would like to go forward with the resentencing proceeding in person or remotely.

        SO ORDERED.

Dated: New York, New York
       October 28, 2020

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge