UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CRUZ MANUEL RAMOS

        Plaintiff/Petitioner,

  -v-                                     No.  06 CR 172-LTS
                                         No.  16 CV 4499-LTS

UNITED STATES OF AMERICA,

        Defendant/Respondent.

-------------------------------------------------------x

## ORDER

        The resentencing hearing in the above-captioned case is adjourned to December 17, 2020, at 11:30 a.m. in Courtroom 17C, 500 Pearl Street.  The parties' attention is directed to the attached information regarding Courthouse COVID-19 protocols.

        SO ORDERED.

Dated: New York, New York
       November 19, 2020

                                                       /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. Please review the current courthouse entry protocols in advance, which can be found at https://www.nysd.uscourts.gov/covid-19-coronavirus.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.