**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 11, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

**Re:** *United States v. FNU LNU, a/k/a Cruz Manuel Ramos*, 06 Cr. 172 (LTS)

Dear Judge Swain:

Because Mr. Ramos cannot be produced for an in-person resentencing as currently scheduled on December 17, 2020, I write to respectfully request that the Court adjourn resentencing to the morning of January 13, 2021, a date I understand to be convenient for the Court.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Daniel H. Wolf, Esq. (by ECF)
    Assistant United States Attorney

The adjournment request is granted. The precise time will be set by separate order closer to the scheduled date.
DE#333 resolved.
SO ORDERED.
12/14/2020
/s/ Laura Taylor Swain, USDJ