UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>-against-<br><br>FNU LNU, *aka* CRUZ MANUEL RAMOS,<br><br>       Defendant. | 06-CR-172-2 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Defendant Cruz Manuel Ramos was convicted in this Court. *See United States v. Ramos*, ECF 1:06-CR-172-2, 341 (LTS) (S.D.N.Y. Feb. 1, 2021) (issuing amended judgment), 21-498 (2d Cir. June 1, 2021) (staying appeal "pending the Supreme Court's decision in *United States v. Taylor*"). On June 13, 2022, the Court received a letter from Defendant in which he recounts events occurring before and during his criminal proceedings. Defendant asserts that he sent the letter to explain "why [he] went to trial," and to ask that the Court "look into the facts of [his] case as all these things are apparent on the record and are verifiable." (ECF 356.) Defendant asserts that he is not seeking early release, but is instead asking the Court to "really understand the conditions of [his] position in this matter." (*Id.*)

  The Clerk of Court is directed to open a new civil action under 28 U.S.C. § 2255, docket Defendant's letter and this order in the new case, and relate the new civil case to Defendant's criminal case.

SO ORDERED.

Dated: July 1, 2022
     New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge