UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-                                 No.  06 CR 172-LTS

FNU LNU, a/k/a CRUZ MANUEL RAMOS,

    Defendant.

--------------------------------------------------------x

<u>ORDER</u>

        By order dated September 24, 2024, the United States Court of Appeals for the Second Circuit (the "Second Circuit") recalled its previous mandate (<u>see</u> docket entry nos. 361, 362), vacated Defendant Cruz Manuel Ramos' sentence imposed on January 26, 2021, by this Court, and remanded to this Court for resentencing.  (Docket entry nos. 363, 364.)  On November 21, 2024, the Second Circuit issued a mandate for the foregoing order.  (Docket entry no. 366.)

        The parties are accordingly direct to meet and confer, and to file a joint status report by **December 13, 2024,** with a proposed schedule for resentencing and related submissions, including the parties' positions as to whether the Court should order the preparation of an updated presentence report.

SO ORDERED.

Dated: New York, New York
       November 25, 2024

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge